1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  FRANK J. RIEBLI (CABN 221152)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      FAX: (415) 436-7234
       Frank.Riebli@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 14-212 WHO |
|---|---|---|
| Plaintiff, | ) | JOINT REQUEST TO CONTINUE STATUS CONFERENCE and |
| v. | ) | |
| WILLIE MCCOWAN, | ) | ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| Defendant. | ) | |

The parties hereby request that the Court continue the next status conference in this case four weeks, until Thursday, October 27, 2016.  Counsel for the defendant has been engaged in a state murder trial for the past seven weeks and has been unable to schedule adequate time to meet with the defendant and discuss the case.  In addition, counsel for the government has a hearing in another matter in Oakland at approximately the same time as the status conference in this matter.  The parties have also attempted to discuss potential terms of resolution, but have been unable for the reasons mentioned above.  The parties believe that the additional time will give them the time to have these discussions and be in a better position to inform the Court whether they are likely to resolve the case without a trial.  For these reasons, the parties request that the Court continue the current status conference from Thursday,

JOINT REQUEST TO CONTINUE STATUS CONFERENCE
CR 14-212 WHO

1  September 29, 2016 to Thursday, October 27, 2016 at 1:30 p.m.  The parties agree that time should be

2  excluded until that date for the effective preparation of counsel, pursuant to 18 U.S.C.

3  § 3161(h)(7)(b)(iv), for the reasons stated above.

4  DATED: September 27, 2016                    Respectfully submitted,

5                                               BRIAN J. STRETCH
                                                United States Attorney
6
                                                      /s/
7                                               FRANK J. RIEBLI
                                                Assistant United States Attorney
8

9
                                                  /s/ Frank Riebli w/ permission
10                                              ROBERT WAGGENER
                                                Attorney for Willie McCowan
11

12

13       For the reasons stated in the parties' joint request, the Court hereby continues the matter to

14  October 27, 2016 at 1:30 p.m. for a status conference.  Further, for the reasons stated in the parties' joint

15  request, the Court finds that the exclusion of time from September 27, 2016 through and including

16  October 27, 2016 is warranted and that the ends of justice served by the continuance outweigh the best

17  interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7).  The failure to grant

18  the requested continuance would deny the defendant effective preparation of counsel and would result in

19  a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).

20  IT IS SO ORDERED.

21  DATED: September 27, 2016

22                                              _____
                                                HON. WILLIAM H. ORRICK
23                                              United States District Judge

24

25

26

27

28

JOINT REQUEST TO CONTINUE STATUS CONFERENCE
CR 14-212 WHO